Charles **SATTERLEE**, etc., et al.,
Appellant

v.

**FIRST NAT. BANK OF ABERDEEN, SOUTH DAKOTA.**

No. 16602.

United States Court of Appeals
Eighth Circuit.

March 1, 1961.

Thomas J. Murphy, St. Cloud, Minn., for appellants.

Eugene M. Warlich, St. Paul, Minn., for Yellow Mfg. Accept. Corp.

Cyrus A. Field, Fergus Falls, Minn., for First Nat. Bank.

PER CURIAM.

Appeal from District Court dismissed on motion of appellants.

**SOUTHERN RAILWAY COMPANY,**
Plaintiff-Appellant

v.

**LOUISVILLE AND NASHVILLE RAILROAD COMPANY,** Defendant-Appellee.

No. 14363.

United States Court of Appeals
Sixth Circuit.

May 5, 1961.

Albert Reutlinger, Louisville, Ky., Louis Seelbach, Louisville, Ky., William P. Stallsmith, Jr., Seddon G. Boxley, Washington, D. C., Middleton, Seelbach, Wolford, Willis & Cochran, Louisville, Ky., and Harry L. Walker, Washington, D. C., on brief, for appellant.

Robert P. Hobson, and Joseph L. Lenihan, Louisville, Ky., Woodward, Hobson & Fulton, John P. Sandidge, Louisville, Ky., on brief, for appellee.

Before McALLISTER, CECIL and O'SULLIVAN, Circuit Judges.

ORDER.

The above cause coming on to be heard on the record, the briefs of the parties and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed upon the findings of fact and conclusions of law of Judge Brooks, reported in D.C., 185 F.Supp. 645.

**DAWSON–SPATZ PACKING CO.,**
Petitioner,

v.

**COMMISSIONER OF INTERNAL REVENUE,** Respondent.

Nos. 14361, 14362.

United States Court of Appeals
Sixth Circuit.

May 15, 1961.

C. E. Schindler and D. Paul Alagia, Jr., Louisville, Ky., Bernard Brown, Louisville, Ky., on brief, for petitioner.

Arthur I. Gould, Department of Justice, Washington, D. C., Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Louise Foster, Attorneys, Department of Justice, Washington, D. C., on brief, for respondent.

Before CECIL, WEICK and O'SULLIVAN, Circuit Judges.

ORDER.

This cause came on to be heard upon the record and briefs and upon the arguments of counsel in open court, and upon due consideration thereof and upon review of the Findings of Fact and Opinion of the Tax Court,

It is ordered that the Decision of the Tax Court be, and it is, hereby affirmed on the Findings of Fact and Opinion of Judge Forrester.